UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ALLSTATE INSURANCE COMPANY,

                         Docket No.:
                         14-cv-5410 (BMC)

           Plaintiff,

   -against-

WINSTON TAPPER M.D., et al.

           Defendants.
----------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that Plaintiff, Allstate Insurance Company ("Plaintiff") hereby dismisses all claims asserted in this action against Defendants, Felix Vershvovsky, M.D. and Flatbush Medical Care, P.C. (collectively, the "Vershvovsky Defendants"), with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 16, 2015

RIVKIN RADLER LLP

By:_____
    Barry I. Levy, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiff, Allstate Insurance Company*